FILED

AUG 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2898-LAB |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| HIPOLITO CRUZ SAN JUAN, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant HIPOLITO CRUZ SAN JUAN, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Immigration Enforcement Agent that his name was Juan Dionicio Cruz, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: _8/28/08_.

KAREN P. HEWITT
United States Attorney

_for_ GEORGE V. MANAHAN
Assistant U.S. Attorney

GVM:lg:San Diego
8/27/08