AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| HIPOLITO CRUZ SAN JUAN | CASE NUMBER: 08 CR 2898 LAB |

I, <u>HIPOLITO CRUZ SAN JUAN</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/28/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Hipolito Cruz
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
AUG 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY